# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, L.L.C., | : | Civil Action No. 2:17-cv-04214 |
| Plaintiff, | : | |
| vs. | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 42-INCH GAS TRANSMISSION LINE ACROSS PROPERTIES IN THE COUNTIES OF NICHOLAS, GREENBRIER, MONROE, SUMMERS, BRAXTON, HARRISON, LEWIS, WEBSTER, AND WETZEL, WEST VIRGINIA, et al. | : | |
| Defendants. | : | |

## MOTION FOR EXPEDITED HEARING ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND IMMEDIATE ACCESS TO AND POSSESSION OF THE EASEMENTS CONDEMNED

On October 27, 2017, Plaintiff Mountain Valley Pipeline, L.L.C. ("MVP") filed (1) a Motion for Partial Summary Judgment and Immediate Access to Survey the Easements Condemned and a Memorandum of Law in Support, and (2) a Motion for Partial Summary Judgment and Immediate Access to the Easements Condemned for Construction and a Memorandum of Law in Support. As set forth in the Motions and Memoranda of Law, MVP needs access to those defendants' properties that MVP has not previously surveyed by agreement by January 15, 2018, and MVP needs access to the defendants' properties by February 1, 2018, to begin construction activities for the Mountain Valley Pipeline Project ("MVP Project"). Delaying access to the easements condemned across the defendants' properties will cause irreparable harm to the public and to MVP.

The defendants are being served with the Notices of Condemnation required by Rule 71.1 of the Federal Rules of Civil Procedure by personal service. The defendants will also be served with the Complaint and the Motions for Partial Summary Judgment and Immediate Access and the Memoranda of Law in Support, as well as this Motion, by personal service.

WHEREFORE, for the reasons set forth in the Motions for Partial Summary Judgment and Immediate Access and the accompanying Memoranda of Law in Support, MVP moves to have its Motions for Immediate Access heard on an expedited basis in order to allow MVP access to the easements necessary to conduct surveying and to begin construction of the MVP Project. MVP requests that this Court enter an Order requiring any defendant opposing the Motions for Partial Summary Judgment and Immediate Access to file a response by December 4, 2017, and allowing MVP to file a reply by December 11, 2017. MVP requests that this Court schedule a hearing on the Motions on or before December 13, 2017, or such other date that accommodates the Court's schedule.

October 27, 2017

        REED SMITH LLP

        /s/ Nicolle R. Snyder Bagnell
        Nicolle R. Snyder Bagnell
        W.V. I.D. No. 11081
        Reed Smith Centre
        225 Fifth Avenue
        Pittsburgh, PA 15222
        (412) 288-3131
        nbagnell@reedsmith.com

        *Counsel for Mountain Valley Pipeline, L.L.C.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Plaintiff Mountain Valley Pipeline, L.L.C.'s Motion for Expedited Hearing on the Motions for Partial Summary Judgment and Immediate Access to the Easements Condemned has been served via hand delivery upon the individuals identified on the attached Service List.


Dated: October 27, 2017                                              /s/ Nicolle R. Snyder Bagnell

# SERVICE LIST

| | |
|---|---|
| D. Lane McMillion<br>P. O. Box 633<br>Craigsville, WV 26205-0633 | Ervin E. Richmond<br>136 Rockhill Dr.<br>Alderson, WV 24910 |
| D. Lane McMillion and<br>Dale L. and Alicia D. McMillion<br>P. O. Box 633<br>Craigsville, WV 26205-0633 | Gerald K. Richmond<br>941 Bun Fink Road<br>Alderson, WV 24910 |
| Paco Land, Inc.<br>196 Middletown Road<br>Richwood, WV 26261-1028 | Jesse James Richmond<br>707 Freezeland Mountain Rd.<br>Hinton, WV 25951 |
| Brian and Beth Armstrong<br>312 Ritchie Farm Road<br>Summersville, WV 26651-4521 | Carolyn S. Walls<br>PO Box 82<br>Coal Mountain, WV 24823-0082 |
| Jerry Allen and Mary E. Hammons<br>354 Crupperneck Road<br>Craigsville, WV 26205-8711 | Richard Dean Ward<br>124 Maryville MBL<br>Alcoa, TN 37701 |
| Bruce A. and Kimberly Roberts<br>PO Box 321<br>Nettie, WV 26681-0321 | Kerry N. and Cheryl L. Boone<br>110 Perry Boone Lane<br>Alderson, WV 24910-1501 |
| Todd E. White<br>1584 North Hill Drive<br>Rockwall, TX 75087-3237 | Ashby A. and Emma Jean Boone<br>and Dorothy Marie Boone Fogle<br>34 Orchard Tree Drive<br>Front Royal, VA 22630-5808 |
| Tamara L. White Delong<br>5345 Germaine CT<br>Colorado Springs, CO 80919-7935 | Robert M. Jarrell<br>482 West Clayton Rd<br>Alderson, WV 24910 |
| Virginia D. and Connie McClung<br>453 Power Plant Rd<br>Summersville, WV 26651-2031 | Mark Grey Smith<br>1036 Ficklen Road<br>Fredericksburg, VA 22405-2102 |
| Artie Orlena Robinson<br>and David Lane Robinson<br>5907 Ward Road<br>Nettie, WV 26681-4563 | Orus Ashby Berkley<br>P.O. Box 366<br>Talcott, WV 24981-0366 |

| | |
|---|---|
| Quinwood Coal Company f/k/a<br>Alex Energy, LLC f/k/a<br>Alex Energy, Inc. f/k/a<br>Green Valley Coal Company, LLC<br>1415 Louisiana Street<br>Suite 2400<br>Houston, TX 77002-7361 | Tammy A. Capaldo<br>and Caitlyn A. Gragg<br>PO Box 58<br>Alderson, WV 24910-0058 |
| Estate of C. L. Keener<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Wiseman Living Trust<br>Gene and Phyllis M. Wiseman<br>7507 Walton Lane<br>Annandale, VA 22003-2558 |
| James Keener<br>38692 Adains Road<br>Willoughby, OH 44094 | Robert Jackson Holt<br>1611 Smith Bridge Road<br>Chadds Ford, PA 19317-9765 |
| Johnnie Ray Keener,<br>Brande Nicole Keener,<br>and David Harmon<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Philip J. Harrah<br>78 Starling Lane<br>Sandstone, WV 25985-9419 |
| Thomas Keener<br>2929 Dawson Road<br>Meadow Bridge, WV 25976 | Reinhard Bouman<br>and Ashofteh Assad-Bouman<br>282 Ashwood Drive<br>Meadow Bridge, WV 25976 |
| Clyde Fox, Michael Fox,<br>Naomi J. Fox, and Robert W. Fox<br>P. O. Box 646<br>Leslie, WV 25972-0646 | Meadow Creek Coal Corporation<br>263 White Oak Drive<br>Beckley, WV 25801-8133 |
| Naomi J. and Robert W. Fox<br>386 Clifftop Loop Road<br>Danese, WV 25831-7273 | Kiranasa Swami<br>RR 1 Box 278-B<br>Meadow Bridge , WV 25976-9514 |
| Rex Coal Land Company<br>PO Box 564<br>Lewisburg, WV 24901-0564 | Gregory L. Berry<br>1211 New River Road<br>Hinton, WV 25951-8125 |
| Eugene Ray and Tina Robin Tuckwiller<br>627 Crosier Road<br>Rainelle, WV 25962-1060 | L. C. Miller, Jr.<br>P. O. Box 65<br>Lester, WV 25865-0065 |

| | |
|---|---|
| Silas Steven and Laurel Tucker<br>5354 Forest Brook Drive<br>Milton, FL 32583-6224 | James R. Miller<br>1741 Barkers Ridge Sand Gap Road<br>Stephenson, WV 25928-9613 |
| Jeffrey Dewayne Osborne<br>110 Goddard Mountain Road<br>Rainelle, WV 25962-6860 | Charles D. Simmons Estate<br>Sharon G. Simmons<br>P.O. Box 65<br>Lester, WV 25865-0065 |
| Ronald and Elisabeth Tobey<br>531 Burns Hollow Road<br>Meadow Bridge, WV 25976-1100 | Charles D. Simmons Estate<br>Sharon G. Simmons<br>P.O. Box 65<br>Lester, WV 25865-0065 |
| Unknown Heirs of Martha I. Kessler<br>1240 Lawn Road<br>Meadow Bridge, WV 25976-9332 | Bryan Charles Simmons<br>11 Red Fox Trail<br>Euharlee, GA 30145 |
| Unknown Heirs of Mary L. Surbaugh<br>1240 Lawn Road<br>Meadow Bridge, WV 25976-9332 | Joshua Simmons<br>1741 Barkers Ridge<br>Stephenson, WV -9613 |
| Unknown Heirs of Nora E. Vandall<br>1240 Lawn Road<br>Meadow Bridge, WV 25976-9332 | Joshua Simmons and Jerry L. Cannady<br>1741 Barkers Ridge<br>Stephenson, WV -9613 |
| Unknown Heirs of Azel Ford Zickafoose | Red Hawk Trust<br>Robert C. Pierson, III<br>and Vicki L. Pierson<br>PO Box 51<br>Walkersville, WV 26447-0051 |
| Unknown Heirs of Joseph Orville Zickafoose<br>1240 Lawn Road<br>Meadow Bridge, WV 25976-9332 | William G. Lloyd<br>4350 Sutton Lane<br>Sutton, WV 26601-9717 |
| Unknown Heirs of Robert C. Zickafoose<br>1240 Lawn Road<br>Meadow Bridge, WV 25976-9332 | James McAllister<br>2703 Curry Ridge Road<br>Napier, WV 26631-7045 |

| | |
|---|---|
| Doreen S. Allen,<br>Fredereck M. Osborne,<br>Jo Lynn Blankenship,<br>Mickey D. Osborne,<br>and Scott S. Osborne<br>377 Dark Hollow Rd<br>Rainelle, WV 25962-9713 | Hilry Gordon<br>299 Llama Fork Road<br>Wallace, WV 26448-8817 |
| Donna M. Huffman<br>61 Grassy Meadow Lane<br>Alderson, WV 24910 | Chad W. Johnson<br>109 Platinum Drive, Suite 1<br>Bridgeport, WV 26330-2007 |
| Norvel P. and Jean M. Mann,<br>Thomas B. and Hannah G. Mann,<br>and Chloda Crosier<br>46 Narrows Hans Creek Road<br>Lindside, WV 24951-9606 | Martha Jean Kotschenreuther,<br>Karen Jean Kotschenreuther, and<br>Elsa Lyn Kotschenreuther<br>c/o Martha Jean Kotschenreuther<br>144 Monticello Ave.<br>Anapolis, MD 21401-3451 |
| William H. Mann, Lucy G. Booth,<br>Harry L. Mann, Nancy L. Phillips,<br>Donald E. Mann, Carl E. Mann,<br>Larry W. Mann, and<br>Bonnie K. Barberie<br>150 Barberie Lane<br>Princeton, WV 24740-9004 | Estate of Barbara June Reger<br>Address Unknown |
| Rebecca K. Bragg<br>HC 65, Box 10<br>Wayside, WV 24985-9104 | Barry G. Pallay<br>124 Diamond Court<br>Morgantown, WV 26505-2512 |
| Landcey Ragland<br>163 Slate Run Road<br>Greenville, WV 24945-7163 | Adam L. Matheny<br>303 Maken Rd<br>Salem, WV 26426-8054 |
| John White, II and Shellie White<br>PO Box 120<br>Greenville, WV 24945-0120 | Glenn D. Matheny, II<br>182 Sugar Mill Loop<br>Myrtle Beach, SC 29588-4630 |

| | |
|---|---|
| Petrie Dobbs Brown<br>1179 Hans Creek Road<br>Greenvlle, WV 24945-7016 | Charles F. Chong and<br>Rebecca Ann Eneix-Chong<br>1839 Halls Run Road<br>Bristol, WV 26426-7350 |
| Addison Dunlap Dobbs<br>and Lee Filmore Dobbs, III<br>1179 Hans Creek Road<br>Greenvlle, WV 24945-7016 | Courtney Cecil<br>and Stacey Postus<br>RR 2 Box 194 A<br>Bristol, WV 26426-7324 |
| Oscar D. Darago<br>3514 Ellison Ridge<br>Greenville, WV 24945-7035 | Clifford S. and Laura Cleavenger<br>3373 Raccoon Run Road<br>Bristol, WV 26426- 7311 |
| Maury W. Johnson<br>3227 Ellison's Ridge<br>Greenville, WV 24945 | Gerald Wayne Corder<br>Teresa D Erickson, POA<br>109 Columbus Street<br>Elyria, OH 44035-5130 |
| Maury W. Johnson,<br>David Allen Johnson,<br>Wayne Johnson, and<br>Everett Johnson, Jr.<br>3227 Ellison's Ridge<br>Greenville, WV 24945 | Randall N. Corder<br>Lorena B. Krafft, POA<br>720 Park Ave.<br>Elyria, OH 44035 |
| Clarence Frank Sills, Jr. and<br>Kelley Anne Sandell Sills<br>PO Box 37<br>Greenville, WV 24945-0037 | Kincheloe Mitigation Holdings LLC<br>23 South Main St.<br>3rd Floor<br>Hanover, NH 03755 |
| Norvel P. and Jean M. Mann<br>46 Narrows Hans Creek Road<br>Lindside, WV 24951-9606 | Danny and Tina Martin<br>RR 2 Box 195<br>Bristol, WV 26426-7326 |
| James O. Gore<br>49 Fairview Drive<br>Peterstown, WV 24963-1116 | Gary Casto, Sharon Casto,<br>and Averal Todd Casto<br>PO Box 12<br>Craigsville, WV 26205-0012 |

| | |
|---|---|
| David R. Hughes<br>232 Cedar Ridge Farm Road<br>Greenville, WV 24945-0067 | Arthur C. and Judy D. Roberts<br>158 Point Lick Drive<br>Charleston, WV 25306-6723 |
| James O. Gore,<br>Barry G. and Lisa B. Meadows,<br>and Zane R. Lawhorn<br>HC 77, Box 19<br>Peterstown, WV 24963-9604 | Fred L. Golden<br>Route 1, Box 3618<br>Orlando, WV 26412 |
| James Robert Persinger<br>and Lillian Sue Persinger<br>121 Watson Avenue<br>Belle, WV 25015-1925 | Sherman and Mary Gamble<br>PO Box 268<br>Kistler, WV 25628-0268 |
| Stephen C. and Lorrie P. Broyles<br>549 Cooks Run Road<br>Lindside, WV 24951-9605 | David Finster<br>4570 Crains Run Road<br>Miamisburgh, OH 45342-6212 |
| The Paulette A. Sears Family Trust<br>222 Navajo Street<br>Tavernier, FL 33070-2119 | Donald J. Finster<br>and Paul W. Finster<br>5900 Homedale Street<br>Dayton, OH 45449-2922 |
| Stephen M. and Melanie J. Miller<br>88 Monroe Ave<br>Peterstown, WV 24963-6720 | Dana M. Finster<br>36 Goosepen Road<br>Roanoke, WV 26447 |
| Estate of Thomas P. Long<br>Anne C. Chambers<br>3681 Wolf Creek Road<br>Narrows, VA 24124-2609 | Leonard G. Finster, Jr.<br>46 Maple Drive<br>Jane Lew, WV 26378-6958 |
| William S. Broyles Revocable Trust<br>Virginia B. Broyes Revocable Trust<br>Cynthia A. Broyles Morris<br>PO Box 137<br>Lindside, WV 24951-0137 | Venice Eileen Finster<br>2564 Bryan Circle<br>Grove City, OH 43123-3527 |
| Roy P. and Joyce A. Reese<br>1606 Adair Ridge Road<br>Ballard, WV 24918-5005 | Estate of Diana Wimer f/k/a<br>Diana Finster<br>c/o Michael Wimer, Executor<br>4102 US Highway 19 S<br>Weston, WV 26452-7192 |

| | |
|---|---|
| Trustee of The Lacy H. Toney Farm Trust<br>RR 1, Box 348<br>Peterstown, WV 24963-9713 | Brian and Helen Montague Van Nostrand<br>P. O. Box 111<br>Hacker Valley, WV 26222-0111 |
| Mountain Lair, LLC<br>Robert Allen<br>2044 Wilson Mill Road<br>Lindside, WV 24951-4517 | George Ernest Bright<br>220 Heritage Point<br>Morgantown, WV 26505-2831 |
| Dennis F. and Carla D. Fountain<br>609 Hurd Hollow Road<br>Blackwater, VA 24221-8208 | The John A. Bright Revocable Living Trust<br>909 4th St SE<br>Roanoke, VA 24013-2351 |
| Norvel P. and Jean M. Mann and<br>Thomas B. and Hannah G. Mann<br>46 Narrows Hans Creek Road<br>Lindside, WV 24951-9606 | William Townsend Bright<br>PO Box 460<br>Summersville, WV 26651 |
| Thomas E. and Rosetta B. Toney<br>and Austin B. Toney<br>48 Sun View Dr.<br>Peterstown, WV 24963-5015 | William H. Brown, Jr.<br>1316 15th Street<br>Huntington, WV 25701-3622 |
| Estate of Dannie Lee Spence<br>Danny Spence, Jr.<br>PO Box 292<br>Peterstown, WV 24963-0292 | Trustees Under the Will of A. L. Morrison<br>William B. Morrison and<br>Robert J. Morrison<br>383 Townhill Road<br>Grantsville, WV 26147 |
| The Susan H. Leeper (a/k/a<br>Ella Susan Houcins)<br>Revocable Living Trust<br>Laura Bowen-Coffelt<br>2724 Edmond Road<br>Lookout, WV 25868-6266 | Mary E. Sebring<br>987 Norwood St.<br>Kent, OH 44240-3476 |
| Monte G. and Elora C. McKenzie<br>3503 Wayside Talcott Road<br>Talcott, WV 24981-7030 | Megann M. Sheppard<br>931 Wayne Drive<br>Winchester, VA 22601-6395 |

| | |
|---|---|
| Earl C. and Patricia J. Williams<br>964 Casey Creek Lane<br>Greenville, WV 24945-7037 | WMS WVMinerals Trust<br>Jesse Frank Williams IV<br>1347 E. Kensington Ave<br>Salt Lake City, UT 84105-2653 |
| Roger D. and Rebecca H. Crabtree<br>2050 Wilson Mill Road<br>Lindside, WV 24951-9721 | ICG Eastern, LLC<br>Sheldon Sanders<br>City Place One, Suite 300<br>St. Louis, MO 63141 |
| Rodger L. and Marjorie Boothe<br>RR 1 Box 24<br>Lindside, WV 24951-9604 | Western Pocahontas Properties Limited Partnership<br>5260 Irwin Road<br>Huntington, WV 25705-3247 |
| Cheryl Bowers<br>PO Box 165<br>Lindside, WV 24951-0165 | Brent Fairbanks<br>1030 Old Town Road<br>Youngstown, OH 44515 |
| Bonnie Larew Walsh,<br>Gladys Larew Carter,<br>James Tully Larew,<br>and Janet Larew Haag<br>1581 Back Valley Rd<br>Lindside, WV 24951-9482 | Edward "Ted" Charles Smith, Sr.<br>12191 Deihl Road<br>North Jackson, OH 44451 |
| Allan Walter Lehr<br>536 Allters Way<br>Alderson, WV 24910-0079 | Dale Eastham<br>710 Salt Spring Road<br>Warren, OH 44481-9669 |
| Heirs of J.H. Harrah<br>P. O. Box 161<br>Meadow Bridge, WV 25976-0161 | Andrew A. Fairbanks<br>1095 N. Turner Road<br>Youngstown, OH 44515 |
| Ira Hickman Harrah, Jr.<br>132 Diehl Street<br>Meadow Bridge, WV 25976 | Edward "Teddy" Charles Smith, II<br>4710 Bailey Road<br>North Jackson, OH 44451 |
| Richard and Anne M. Berkley<br>133 Montclair Circle<br>Durham, NC 27713-2516 | Michael Fairbanks<br>8992 New Road<br>North Jackson, OH 44451 |

| | |
|---|---|
| Connie Harper<br>P.O. Box 2234<br>Beckley, WV 25802-2234 | Travis Eastham<br>3540 Austintown-Warren Road<br>Mineral Ridge, OH 44440 |
| Melissa A. Leslie<br>304 Miller Ave<br>Hinton, WV 25951 | Jeremy Collins<br>1563 Harding<br>Mineral Ridge, OH 44440 |
| Anthony D. Richmond<br>329 Rock Hill Drive<br>Alderson, WV 24910-7143 | David Fairbanks<br>6951 Silica Road<br>Austintown, OH 44515 |
| Dennis Wayne Richmond<br>707 Freezeland Mountain Rd.<br>Hinton, WV 25951 | Todd Edward Smith<br>12191 Deihl Road<br>North Jackson, OH 44451 |
| Estate of Roger L. Richmond<br>Rhonda Richmond<br>26 Teal Lane<br>Alderson, WV 24910-9714 | Nancy Jane Shewmake f/k/a<br>Nancy Jane Bates<br>780 Stouts Run Road<br>Smithfield, WV 26437-8664 |
| Sandra Richmond<br>5753 Keeney Mountain Road<br>Sandstone, WV 25985-9285 | John H. and Pamela J. Melvin<br>PO Box 103<br>Smithfield, WV 26437-0103 |