# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, L.L.C., | : | Civil Action No. 2:17-cv-04214 |
| | : | |
| Plaintiff, | : | Judge John T. Copenhaver, Jr. |
| | : | |
| vs. | : | |
| | : | |
| AN EASEMENT TO CONSTRUCT, | : | |
| OPERATE AND MAINTAIN A 42-INCH | : | |
| GAS TRANSMISSION LINE ACROSS | : | |
| PROPERTIES IN THE COUNTIES OF | : | |
| NICHOLAS, GREENBRIER, MONROE, | : | |
| SUMMERS, BRAXTON, HARRISON, | : | |
| LEWIS, WEBSTER, AND WETZEL, WEST | : | |
| VIRGINIA, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF FILING OF RETURNS OF SERVICE

Plaintiff Mountain Valley Pipeline, L.L.C. ("MVP") files this Notice of Filing of Returns of Service as to certain Defendants in the above-captioned matter.  The Returns of Service and Notices of Condemnation for these Defendants are attached to this Notice.

November 8, 2017

REED SMITH LLP

/s/ Nicolle R. Snyder Bagnell
Nicolle R. Snyder Bagnell
W.V. I.D. No. 11081
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131
nbagnell@reedsmith.com

*Counsel for Plaintiff Mountain Valley
Pipeline, L.L.C.*