IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, L.L.C., | : | Civil Action No. 2:17-cv-04214 |
| | : | |
| Plaintiff, | : | Judge John T. Copenhaver, Jr. |
| | : | |
| vs. | : | |
| | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 42-INCH GAS TRANSMISSION LINE ACROSS PROPERTIES IN THE COUNTIES OF NICHOLAS, GREENBRIER, MONROE, SUMMERS, BRAXTON, HARRISON, LEWIS, WEBSTER, AND WETZEL, WEST VIRGINIA, et al. | : : : : : : : : | |
| | : | |
| Defendants. | : | |
| | : | |

**PLAINTIFF'S RESPONSE TO LANDOWNERS' EMERGENCY MOTION**

In accordance with the Court's November 9, 2017 Order [ECF No. 17], Plaintiff Mountain Valley Pipeline, LLC ("MVP") files the following response to Defendants Orus Ashby Berkley, Reinhard Bouman, Ashofteh Bouman, Charles F. Chong, Rebecca Ann Eneix-Chong, Hilry Gordon, Robert M. Jarrell, Ronald Tobey, Elizabeth Tobey, Brian Van Nostrand, and Helen M. Van Nostrand's (collectively, "Landowners") Emergency Motion to Suspend Briefing Schedule on Plaintiff's Pending Motions, to Set Scheduling Conference, to Expedite Briefing and Consideration of the Emergency Motion, and to Treat Service of this Motion on Plaintiff as Notice to all Parties Under FRCP 5(c)(1)(C) (the "Emergency Motion") [ECF. No. 13].

In their Emergency Motion, the Landowners request that the Court (1) suspend the briefing schedule for MVP's pending motions, (2) direct MVP to inform the Court once it completes service on all defendants, and (3) once service has been completed, set a scheduling and status conference "for the purposes of determining a briefing schedule for all three pending

motions." Motion at 6-7. Landowners argue in their Emergency Motion that a "single deadline for all defendants to respond to" MVP's Motion for Expedited Hearing would promote "principles of judicial economy for the Court." Emergency Motion at ¶ 10. According to Landowners, any briefing schedule should be based upon the "completion of service date" of the defendants.[1] *Id.* ¶ 11. Landowners further contend that MVP's Motions for Partial Summary Judgment are "premature." *Id.* ¶ 9 n.3.

On November 9, 2017, the Court entered an Order setting a deadline of December 4, 2017 for all defendants to respond to MVP's Motions for Partial Summary Judgment and Immediate Access and Motion for Expedited Hearing, setting a preliminary scheduling and status conference for November 16, 2017, and requesting that MVP respond to Landowner's Emergency Motion by November 15, 2017 [ECF No. 17]. The Court's scheduling of the December 4, 2017, response deadline for MVP's pending motions moots, in part, the Emergency Motion. The sole remaining issue is the scheduling of a hearing on MVP's pending Motions for Partial Summary Judgment and Immediate Access.

As set forth in MVP's Motion for Expedited Hearing [ECF No. 8], a hearing on MVP's pending Motions for Partial Summary Judgment and Immediate Access should be held no later than December 13, 2017, or as soon thereafter as accommodates the Court's schedule. MVP's Motions for Partial Summary Judgment and Immediate Access seek a determination from the Court as to (1) MVP's authority to condemn and (2) its right to immediate access to and possession of the property interests held by defendants and condemned in this action. In its

---

[1] On November 8, 2017, MVP filed a status report with the Court confirming that, as of the date of filing, 104 of the defendants had been personally served, with 28 additional defendants to be served by publication in accordance with Fed. R. Civ. P. 71.1(d)(3)(B) [ECF No. 15]. As of the date of filing of this Response, a total of 127 defendants have been personally served in accordance with Fed. R. Civ. P. 71.1(d)(3)(A). Service by publication in all nine counties affected by the MVP Project has been commenced as to the 28 defendants and will be completed as of December 6, 2017.

memoranda in support of the Motions, MVP sets out the facts justifying immediate relief. Despite Landowners' contention that MVP's pending summary judgment motions are "premature," under Fed. R. Civ. P 56, a motion for summary judgment may be filed "at any time until 30 days after the close of all discovery." Fed. R. Civ. P. 56. Federal Rule of Civil Procedure 65, which governs motions for preliminary injunction, also does not preclude the filing of a motion for preliminary injunction at this stage and, in fact, "provides express authority for consolidating the hearing of an application for a preliminary injunction with the trial on the merits." *See* Fed. R. Civ. P. 65(a)(2) advisory comm. n. As such, Landowners' contention that MVP's motions are "premature" is inapposite and contradicts the very purpose of seeking preliminary injunctive relief.

In the Emergency Motion, Landowners also question whether "Plaintiff's chosen strategy complies with the procedures approved by the United States Court of Appeals for the Fourth Circuit in *East Tennessee Natural Gas Co. v. Sage*, 361 F.3d 808 (4th Cir. 2004)." Emergency Motion ¶ 12. In *Sage*, the Fourth Circuit Court of Appeals established a two-step procedure for granting access prior to the determination of just compensation in a condemnation case: (1) establish the right to condemn and (2) prove the requirements for injunctive relief. *See Sage*, 361 F.3d at 831 ("[O]nce a district court determines that a gas company has the substantive right to condemn property under the [Natural Gas Act], the court may use its equitable power to grant the remedy of immediate possession through the issuance of a preliminary injunction."). Here, MVP is simply following the procedure established by the Fourth Circuit Court of Appeals in *Sage*— MVP's motion for partial summary judgment seeks to establish MVP's substantive right to condemn the property under the Natural Gas Act as the first step to its request for immediate possession. The scheduling of a hearing on or before December 13, 2017, approximately seven

3

weeks after the filing of MVP's Complaint, is consistent with principles of judicial economy and would serve to prevent the potential for irreparable harm outlined in MVP's motions and memoranda in support. *See Columbia Gas Transmission, LLC v. 171.54 Acres*, No. 2:17-cv-70, 2017 WL 838214 (S.D. Ohio Mar. 3, 2017) (holding a hearing four weeks after filing of complaint); *Sabal Trail Transmission, LLC v. 1.44 Acres*, No. 5:16-cv-164, 2016 WL 2991151 (M.D. Fla. May 24, 2016) (holding a hearing within eight weeks after filing of complaint); *Columbia Gas Transmission LLC v. 0.85 Acres*, No. CV 14-2288, 2014 WL 4471541 (D. Md. Sept. 8, 2014) (holding a hearing within seven weeks after filing of complaint).

As the response deadline for MVP's pending motions has already been scheduled for December 4, 2017, MVP requests that this Court allow MVP to file any reply by December 11, 2017 and proceed to a hearing on or before December 13, 2017, or as soon thereafter as suits the Court's schedule.

November 15, 2017                          REED SMITH LLP

/s/ Nicolle R. Snyder Bagnell
Nicolle R. Snyder Bagnell
W.V. I.D. No. 11081
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131
nbagnell@reedsmith.com

*Counsel for Plaintiff
Mountain Valley Pipeline, L.L.C.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing has been served via U.S. First Class Mail upon the individuals identified on the attached Service List.

Dated:  November 15, 2017                        /s/ Nicolle R. Snyder Bagnell

## SERVICE LIST

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon the following via U.S. First Class Mail:

| | |
|---|---|
| D. Lane McMillion<br>P. O. Box 633<br>Craigsville, WV 26205-0633 | Ervin E. Richmond<br>136 Rockhill Dr.<br>Alderson, WV 24910 |
| D. Lane McMillion and<br>Dale L. and Alicia D. McMillion<br>P. O. Box 633<br>Craigsville, WV 26205-0633 | Gerald K. Richmond<br>941 Bun Fink Road<br>Alderson, WV 24910 |
| Paco Land, Inc.<br>196 Middletown Road<br>Richwood, WV 26261-1028 | Jesse James Richmond<br>707 Freezeland Mountain Rd.<br>Hinton, WV 25951 |
| Brian and Beth Armstrong<br>312 Ritchie Farm Road<br>Summersville, WV 26651-4521 | Carolyn S. Walls<br>PO Box 82<br>Coal Mountain, WV 24823-0082 |
| Bruce A. and Kimberly Roberts<br>PO Box 321<br>Nettie, WV 26681-0321 | Richard Dean Ward<br>124 Maryville MBL<br>Alcoa, TN 37701 |
| Todd E. White<br>1584 North Hill Drive<br>Rockwall, TX 75087-3237 | Kerry N. and Cheryl L. Boone<br>110 Perry Boone Lane<br>Alderson, WV 24910-1501 |
| Tamara L. White Delong<br>5345 Germaine CT<br>Colorado Springs, CO 80919-7935 | Ashby A. and Emma Jean Boone<br>and Dorothy Marie Boone Fogle<br>34 Orchard Tree Drive<br>Front Royal, VA 22630-5808 |
| Virginia D. and Connie McClung<br>453 Power Plant Rd<br>Summersville, WV 26651-2031 | Mark Grey Smith<br>1036 Ficklen Road<br>Fredericksburg, VA 22405-2102 |
| Artie Orlena Robinson<br>and David Lane Robinson<br>5907 Ward Road<br>Nettie, WV 26681-4563 | Tammy A. Capaldo<br>and Caitlyn A. Gragg<br>PO Box 58<br>Alderson, WV 24910-0058 |

| | |
|---|---|
| Quinwood Coal Company f/k/a<br>Alex Energy, LLC f/k/a<br>Alex Energy, Inc. f/k/a<br>Green Valley Coal Company, LLC<br>1415 Louisiana Street<br>Suite 2400<br>Houston, TX 77002-7361 | Wiseman Living Trust<br>Gene and Phyllis M. Wiseman<br>7507 Walton Lane<br>Annandale, VA 22003-2558 |
| Estate of C. L. Keener<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Robert Jackson Holt<br>1611 Smith Bridge Road<br>Chadds Ford, PA 19317-9765 |
| James Keener<br>38692 Adains Road<br>Willoughby, OH 44094 | Philip J. Harrah<br>78 Starling Lane<br>Sandstone, WV 25985-9419 |
| Johnnie Ray Keener,<br>Brande Nicole Keener,<br>and David Harmon<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Meadow Creek Coal Corporation<br>263 White Oak Drive<br>Beckley, WV 25801-8133 |
| Thomas Keener<br>2929 Dawson Road<br>Meadow Bridge, WV 25976 | Kiranasa Swami<br>RR 1 Box 278-B<br>Meadow Bridge , WV 25976-9514 |
| Clyde Fox, Michael Fox,<br>Naomi J. Fox, and Robert W. Fox<br>P. O. Box 646<br>Leslie, WV 25972-0646 | Gregory L. Berry<br>1211 New River Road<br>Hinton, WV 25951-8125 |
| Naomi J. and Robert W. Fox<br>386 Clifftop Loop Road<br>Danese, WV 25831-7273 | Charles D. Simmons Estate<br>Sharon G. Simmons<br>P.O. Box 65<br>Lester, WV 25865-0065 |
| Rex Coal Land Company<br>PO Box 564<br>Lewisburg, WV 24901-0564 | Bryan Charles Simmons<br>11 Red Fox Trail<br>Euharlee, GA 30145 |
| Silas Steven and Laurel Tucker<br>5354 Forest Brook Drive<br>Milton, FL 32583-6224 | Joshua Simmons<br>1741 Barkers Ridge<br>Stephenson, WV -9613 |

| | |
|---|---|
| Jeffrey Dewayne Osborne<br>110 Goddard Mountain Road<br>Rainelle, WV 25962-6860 | Joshua Simmons and Jerry L. Cannady<br>1741 Barkers Ridge<br>Stephenson, WV -9613 |
| Unknown Heirs of Martha I. Kessler<br>Unknown Address | Red Hawk Trust<br>Robert C. Pierson, III<br>and Vicki L. Pierson<br>PO Box 51<br>Walkersville, WV 26447-0051 |
| Unknown Heirs of Mary L. Surbaugh<br>Unknown Address | William G. Lloyd<br>4350 Sutton Lane<br>Sutton, WV 26601-9717 |
| Unknown Heirs of Nora E. Vandall<br>Unknown Address | Chad W. Johnson<br>109 Platinum Drive, Suite 1<br>Bridgeport, WV 26330-2007 |
| Unknown Heirs of Azel Ford Zickafoose<br><br>Unknown Address | Estate of Barbara June Reger<br>Unknown Address |
| Unknown Heirs of Joseph Orville Zickafoose<br>Unknown Address | Adam L. Matheny<br>303 Maken Rd<br>Salem, WV 26426-8054 |
| Unknown Heirs of Robert C. Zickafoose<br>Unknown Address | Glenn D. Matheny, II<br>182 Sugar Mill Loop<br>Myrtle Beach, SC 29588-4630 |
| Doreen S. Allen,<br>Fredereck M. Osborne,<br>Jo Lynn Blankenship,<br>Mickey D. Osborne,<br>and Scott S. Osborne<br>377 Dark Hollow Rd<br>Rainelle, WV 25962-9713 | Gerald Wayne Corder<br>Teresa D Erickson, POA<br>109 Columbus Street<br>Elyria, OH 44035-5130 |
| Norvel P. and Jean M. Mann,<br>Thomas B. and Hannah G. Mann,<br>and Chloda Crosier<br>46 Narrows Hans Creek Road<br>Lindside, WV 24951-9606 | Randall N. Corder<br>Lorena B. Krafft, POA<br>720 Park Ave.<br>Elyria, OH 44035 |
| William H. Mann, Lucy G. Booth,<br>Harry L. Mann, Nancy L. Phillips,<br>Donald E. Mann, Carl E. Mann,<br>Larry W. Mann, and<br>Bonnie K. Barberie | Kincheloe Mitigation Holdings LLC<br>23 South Main St.<br>3rd Floor<br>Hanover, NH 03755 |

4

| | |
|---|---|
| 150 Barberie Lane<br>Princeton, WV 24740-9004 | |
| Rebecca K. Bragg<br>HC 65, Box 10<br>Wayside, WV 24985-9104 | Arthur C. and Judy D. Roberts<br>158 Point Lick Drive<br>Charleston, WV 25306-6723 |
| John White, II and Shellie White<br>PO Box 120<br>Greenville, WV 24945-0120 | David Finster<br>4570 Crains Run Road<br>Miamisburgh, OH 45342-6212 |
| Petrie Dobbs Brown<br>1179 Hans Creek Road<br>Greenvlle, WV 24945-7016 | Donald J. Finster<br>and Paul W. Finster<br>5900 Homedale Street<br>Dayton, OH 45449-2922 |
| Addison Dunlap Dobbs<br>and Lee Filmore Dobbs, III<br>1179 Hans Creek Road<br>Greenvlle, WV 24945-7016 | Venice Eileen Finster<br>2564 Bryan Circle<br>Grove City, OH 43123-3527 |
| Oscar D. Darago<br>3514 Ellison Ridge<br>Greenville, WV 24945-7035 | George Ernest Bright<br>220 Heritage Point<br>Morgantown, WV 26505-2831 |
| Maury W. Johnson<br>3227 Ellison's Ridge<br>Greenville, WV 24945 | The John A. Bright Revocable Living Trust<br>909 4th St SE<br>Roanoke, VA 24013-2351 |
| Maury W. Johnson,<br>David Allen Johnson,<br>Wayne Johnson, and<br>Everett Johnson, Jr.<br>3227 Ellison's Ridge<br>Greenville, WV 24945 | William Townsend Bright<br>PO Box 460<br>Summersville, WV 26651 |
| Clarence Frank Sills, Jr. and<br>Kelley Anne Sandell Sills<br>PO Box 37<br>Greenville, WV 24945-0037 | William H. Brown, Jr.<br>1316 15th Street<br>Huntington, WV 25701-3622 |
| Norvel P. and Jean M. Mann<br>46 Narrows Hans Creek Road<br>Lindside, WV 24951-9606 | Trustees Under the Will of A. L. Morrison<br>William B. Morrison and<br>Robert J. Morrison<br>383 Townhill Road<br>Grantsville, WV 26147 |

| | |
|---|---|
| James O. Gore<br>49 Fairview Drive<br>Peterstown, WV 24963-1116 | Mary E. Sebring<br>987 Norwood St.<br>Kent, OH 44240-3476 |
| David R. Hughes<br>232 Cedar Ridge Farm Road<br>Greenville, WV 24945-0067 | Megann M. Sheppard<br>931 Wayne Drive<br>Winchester, VA 22601-6395 |
| James O. Gore,<br>Barry G. and Lisa B. Meadows,<br>and Zane R. Lawhorn<br>HC 77, Box 19<br>Peterstown, WV 24963-9604 | WMS WVMinerals Trust<br>Jesse Frank Williams IV<br>1347 E. Kensington Ave<br>Salt Lake City, UT 84105-2653 |
| The Paulette A. Sears Family Trust<br>222 Navajo Street<br>Tavernier, FL 33070-2119 | ICG Eastern, LLC<br>Sheldon Sanders<br>City Place One, Suite 300<br>St. Louis, MO 63141 |
| Stephen M. and Melanie J. Miller<br>88 Monroe Ave<br>Peterstown, WV 24963-6720 | Western Pocahontas Properties Limited Partnership<br>5260 Irwin Road<br>Huntington, WV 25705-3247 |
| William S. Broyles Revocable Trust<br>Virginia B. Broyes Revocable Trust<br>Cynthia A. Broyles Morris<br>PO Box 137<br>Lindside, WV 24951-0137 | Brent Fairbanks<br>1030 Old Town Road<br>Youngstown, OH 44515 |
| Roy P. and Joyce A. Reese<br>1606 Adair Ridge Road<br>Ballard, WV 24918-5005 | Edward "Ted" Charles Smith, Sr.<br>12191 Deihl Road<br>North Jackson, OH 44451 |
| Trustee of The Lacy H. Toney Farm Trust<br>RR 1, Box 348<br>Peterstown, WV 24963-9713 | Dale Eastham<br>710 Salt Spring Road<br>Warren, OH 44481-9669 |
| Mountain Lair, LLC<br>Robert Allen<br>2044 Wilson Mill Road<br>Lindside, WV 24951-4517 | Andrew A. Fairbanks<br>1095 N. Turner Road<br>Youngstown, OH 44515 |
| Dennis F. and Carla D. Fountain<br>609 Hurd Hollow Road<br>Blackwater, VA 24221-8208 | Edward "Teddy" Charles Smith, II<br>4710 Bailey Road<br>North Jackson, OH 44451 |

6

| | |
|---|---|
| Norvel P. and Jean M. Mann and<br>Thomas B. and Hannah G. Mann<br>46 Narrows Hans Creek Road<br>Lindside, WV 24951-9606 | Michael Fairbanks<br>8992 New Road<br>North Jackson, OH 44451 |
| Thomas E. and Rosetta B. Toney<br>and Austin B. Toney<br>48 Sun View Dr.<br>Peterstown, WV 24963-5015 | Travis Eastham<br>3540 Austintown-Warren Road<br>Mineral Ridge, OH 44440 |
| Estate of Dannie Lee Spence<br>Danny Spence, Jr.<br>PO Box 292<br>Peterstown, WV 24963-0292 | Jeremy Collins<br>1563 Harding<br>Mineral Ridge, OH 44440 |
| Earl C. and Patricia J. Williams<br>964 Casey Creek Lane<br>Greenville, WV 24945-7037 | David Fairbanks<br>6951 Silica Road<br>Austintown, OH 44515 |
| Roger D. and Rebecca H. Crabtree<br>2050 Wilson Mill Road<br>Lindside, WV 24951-9721 | Todd Edward Smith<br>12191 Deihl Road<br>North Jackson, OH 44451 |
| Rodger L. and Marjorie Boothe<br>RR 1 Box 24<br>Lindside, WV 24951-9604 | Nancy Jane Shewmake f/k/a<br>Nancy Jane Bates<br>780 Stouts Run Road<br>Smithfield, WV 26437-8664 |
| Cheryl Bowers<br>PO Box 165<br>Lindside, WV 24951-0165 | Sandra Richmond<br>5753 Keeney Mountain Road<br>Sandstone, WV 25985-9285 |
| Bonnie Larew Walsh,<br>Gladys Larew Carter,<br>James Tully Larew,<br>and Janet Larew Haag<br>1581 Back Valley Rd<br>Lindside, WV 24951-9482 | Melissa A. Leslie<br>304 Miller Ave<br>Hinton, WV 25951 |
| Allan Walter Lehr<br>536 Allters Way<br>Alderson, WV 24910-0079 | Anthony D. Richmond<br>329 Rock Hill Drive<br>Alderson, WV 24910-7143 |
| Heirs of J.H. Harrah<br>P. O. Box 161<br>Meadow Bridge, WV 25976-0161 | Estate of Roger L. Richmond<br>Rhonda Richmond<br>26 Teal Lane<br>Alderson, WV 24910-9714 |

7

| | |
|---|---|
| Connie Harper<br>P.O. Box 2234<br>Beckley, WV 25802-2234 | Dennis Wayne Richmond<br>707 Freezeland Mountain Rd.<br>Hinton, WV 25951 |
| Anna R. Ziegler or Elise Keaton<br>Ziegler and Ziegler, LC<br>110 James Street<br>Hinton, West Virginia 25951<br><br>Counsel for Defendants:<br><br>Landcey Ragland, James Robert Persinger, Lillian Sue Persinger, Elora C. McKenzie, Monte G. McKenzie, Anne M. Berkley, and Richard Berkley | Derek O. Teaney<br>Appalachian Mountain Advocates<br>PO Box 507<br>Lewisburg, WV 24901<br><br>Counsel for Defendant:<br><br>Charles F. Chong and Rebecca Ann Eneix-Chong |
| ISAK HOWELL<br>Isak Howell Law Office<br>119 Norfolk Ave. SW #330<br>Roanoke, VA 24011<br><br>Counsel for Defendants:<br><br>Orus Ashby Berkley, Reinhard Bouman, Ashofteh Bouman, Charles F. Chong, Rebecca Ann Eneix-Chong, Hilry Gordon, Robert M. Jarrell, Ronald Tobey, Elizabeth Tobey, Brian Van Nostrand, and Helen M. Van Nostrand | |

Dated: November 15, 2017                By:  /s/ Nicolle R. Snyder Bagnell