# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, L.L.C., | : | Civil Action No. 2:17-cv-04214 |
| Plaintiff, | : | |
| vs. | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 42-INCH GAS TRANSMISSION LINE ACROSS PROPERTIES IN THE COUNTIES OF NICHOLAS, GREENBRIER, MONROE, SUMMERS, BRAXTON, HARRISON, LEWIS, WEBSTER, AND WETZEL, WEST VIRGINIA, et al. | : | |
| Defendants. | : | |

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS

Pursuant to Rules 41(a)(1)(A)(i) and 71.1(i)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Mountain Valley Pipeline, LLC ("MVP") files this Notice dismissing its condemnation claims against the following defendants. The parties have reached agreements on just compensation.

| Name | Tax Parcel I.D. No. | County |
|---|---|---|
| Sandra Richmond | 7-4-19 | Summers |

December 13, 2017

REED SMITH LLP

/s/ Nicolle R. Snyder Bagnell
Nicolle R. Snyder Bagnell
W.V. I.D. No. 11081
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131
nbagnell@reedsmith.com

*Counsel for Mountain Valley Pipeline, L.L.C.*

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's ECF system on all counsel of record, and by U.S. First Class Mail upon the individuals identified on the attached Service List.

Dated: December 13, 2017                                                      /s/ Nicolle R. Snyder Bagnell

## SERVICE LIST

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon the following via U.S. First Class Mail:

| | |
|---|---|
| Brian and Beth Armstrong<br>312 Ritchie Farm Road<br>Summersville, WV 26651-4521 | Ervin E. Richmond<br>136 Rockhill Dr.<br>Alderson, WV 24910 |
| Bruce A. and Kimberly Roberts<br>PO Box 321<br>Nettie, WV 26681-0321 | Gerald K. Richmond<br>941 Bun Fink Road<br>Alderson, WV 24910 |
| Virginia D. and Connie McClung<br>453 Power Plant Rd<br>Summersville, WV 26651-2031 | Carolyn S. Walls<br>PO Box 82<br>Coal Mountain, WV 24823-0082 |
| Artie Orlena Robinson<br>and David Lane Robinson<br>5907 Ward Road<br>Nettie, WV 26681-4563 | Richard Dean Ward<br>124 Maryville MBL<br>Alcoa, TN 37701 |
| Allan Walter Lehr<br>536 Allters Way<br>Alderson, WV 24910-0079 | Ashby A. and Emma Jean Boone<br>and Dorothy Marie Boone Fogle<br>34 Orchard Tree Drive<br>Front Royal, VA 22630-5808 |
| Estate of C. L. Keener<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Caitlyn A. Gragg<br>PO Box 58<br>Alderson, WV 24910-0058 |
| James Keener<br>38692 Adains Road<br>Willoughby, OH 44094 | Wiseman Living Trust<br>Gene and Phyllis M. Wiseman<br>7507 Walton Lane<br>Annandale, VA 22003-2558 |
| Johnnie Ray Keener,<br>Brande Nicole Keener,<br>and David Harmon<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Robert Jackson Holt<br>1611 Smith Bridge Road<br>Chadds Ford, PA 19317-9765 |
| Clyde Fox, Michael Fox,<br>Naomi J. Fox, and Robert W. Fox<br>P. O. Box 646<br>Leslie, WV 25972-0646 | Philip J. Harrah<br>78 Starling Lane<br>Sandstone, WV 25985-9419 |
| Naomi J. and Robert W. Fox<br>386 Clifftop Loop Road<br>Danese, WV 25831-7273 | Anthony D. Richmond<br>329 Rock Hill Drive<br>Alderson, WV 24910-7143 |

| | |
|---|---|
| Silas Steven and Laurel Tucker<br>5354 Forest Brook Drive<br>Milton, FL 32583-6224 | Thomas E. and Rosetta B. Toney<br>and Austin B. Toney<br>48 Sun View Dr.<br>Peterstown, WV 24963-5015 |
| Jeffrey Dewayne Osborne<br>110 Goddard Mountain Road<br>Rainelle, WV 25962-6860 | Connie Harper<br>P.O. Box 2234<br>Beckley, WV 25802-2234 |
| David R. Hughes<br>232 Cedar Ridge Farm Road<br>Greenville, WV 24945-0067 | Melissa A. Leslie<br>304 Miller Ave<br>Hinton, WV 25951 |
| Doreen S. Allen,<br>Fredereck M. Osborne,<br>Jo Lynn Blankenship,<br>Mickey D. Osborne,<br>and Scott S. Osborne<br>377 Dark Hollow Rd<br>Rainelle, WV 25962-9713 | Quinwood Coal Company f/k/a<br>Alex Energy, LLC f/k/a<br>Alex Energy, Inc. f/k/a<br>Green Valley Coal Company, LLC<br>1415 Louisiana Street<br>Suite 2400<br>Houston, TX 77002-7361 |
| The Paulette A. Sears Family Trust<br>222 Navajo Street<br>Tavernier, FL 33070-2119 | Cheryl Bowers<br>PO Box 165<br>Lindside, WV 24951-0165 |
| Mountain Lair, LLC<br>Robert Allen<br>2044 Wilson Mill Road<br>Lindside, WV 24951-4517 | Sandra Richmond<br>5753 Keeney Mountain Road<br>Sandstone, WV 25985-9285 |
| Heirs of J.H. Harrah<br>P. O. Box 161<br>Meadow Bridge, WV 25976-0161 | Estate of Dannie Lee Spence<br>Danny Spence, Jr.<br>PO Box 292<br>Peterstown, WV 24963-0292 |

Dated: December 13, 2017                    By:  /s/ Nicolle R. Snyder Bagnell