# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, L.L.C., | : | Civil Action No. 2:17-cv-04214 |
| Plaintiff, | : | Judge John T. Copenhaver, Jr. |
| vs. | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 42-INCH GAS TRANSMISSION LINE ACROSS PROPERTIES IN THE COUNTIES OF NICHOLAS, GREENBRIER, MONROE, SUMMERS, BRAXTON, HARRISON, LEWIS, WEBSTER, AND WETZEL, WEST VIRGINIA, et al. | : | |
| Defendants. | : | |

## JOINT STIPULATION REGARDING ACCESS TO THE EASEMENTS CONDEMNED FOR SURVEYING ACTIVITIES ONLY

Plaintiff Mountain Valley Pipeline, L.L.C. ("MVP") and Defendants Rebecca K. Bragg; Landcey Ragland; Richard Berkley; Anne M. Berkley; James Robert Persinger; Lillian Sue Persinger; Lucy Comer, Trustee of the Lacey H. Toney Farm Trust, and Thomas Keener ("Defendants"), stipulate and agree that Defendants will voluntarily provide MVP license to access Defendants' properties for the limited purpose of surveying those properties listed below:

| Tax Parcel ID No(s). | Landowner(s) |
|---|---|
| 05-5-27 | Rebecca K. Bragg |
| 05-14.1, 05-14-19.2, 05-14-24 | Landcey Ragland |
| 03-12-19 | James Robert Persinger and Lillian Sue Persinger |
| 03-30-18 | Lucy Comer, Trustee of the Lacey H. Toney Farm Trust |

| | |
|---|---|
| 7-4-20 | Richard and Anne M. Berkley |
| 11-22-75 | Thomas Keener |

MVP and Defendants further stipulate and agree that nothing in this Joint Stipulation will affect Defendants' rights to raise any objection or defense to access for construction or to receive just compensation for the easements condemned. MVP and Defendants also stipulate that MVP shall provide Defendants with at least 72 hours advance notice of each survey by notifying Defendants' counsel of the survey date.

Dated: December 13, 2017

REED SMITH LLP

/s/ *Nicolle R. Snyder Bagnell*
Nicolle R. Snyder Bagnell
W.V. I.D. No. 11081
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131
nbagnell@reedsmith.com

*Counsel for Plaintiff Mountain Valley Pipeline, L.L.C.*

ZIEGLER & ZIEGLER, LC

/s/ *Elise A. Keaton*
Anna R. Ziegler
W.V. I.D. No. 9954
Elise A. Keaton
W.V. I.D. No. 12916
110 James Street
Hinton, WV 25951
(304) 466-1224
anna.ziegler@zieglerandziegler.com
elise.keaton@zieglerandziegler.com

*Counsel for Defendants Rebecca K. Bragg, Landcey Ragland, Monte G. and Elora C. McKenzie, Richard and Anne M. Berkley, James Robert and Lillian Sue Persinger, Lucy Comer, Trustee of the Lacey H. Toney Trust, and Thomas Keener*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's ECF system on all counsel of record, and by U.S. First Class Mail upon the individuals identified on the attached Service List.


Dated: December 13, 2017                                                      /s/ Nicolle R. Snyder Bagnell

# SERVICE LIST

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon the following via U.S. First Class Mail:

| | |
|---|---|
| Brian and Beth Armstrong<br>312 Ritchie Farm Road<br>Summersville, WV 26651-4521 | Ervin E. Richmond<br>136 Rockhill Dr.<br>Alderson, WV 24910 |
| Bruce A. and Kimberly Roberts<br>PO Box 321<br>Nettie, WV 26681-0321 | Gerald K. Richmond<br>941 Bun Fink Road<br>Alderson, WV 24910 |
| Virginia D. and Connie McClung<br>453 Power Plant Rd<br>Summersville, WV 26651-2031 | Carolyn S. Walls<br>PO Box 82<br>Coal Mountain, WV 24823-0082 |
| Artie Orlena Robinson<br>and David Lane Robinson<br>5907 Ward Road<br>Nettie, WV 26681-4563 | Richard Dean Ward<br>124 Maryville MBL<br>Alcoa, TN 37701 |
| Allan Walter Lehr<br>536 Allters Way<br>Alderson, WV 24910-0079 | Ashby A. and Emma Jean Boone<br>and Dorothy Marie Boone Fogle<br>34 Orchard Tree Drive<br>Front Royal, VA 22630-5808 |
| Estate of C. L. Keener<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Caitlyn A. Gragg<br>PO Box 58<br>Alderson, WV 24910-0058 |
| James Keener<br>38692 Adains Road<br>Willoughby, OH 44094 | Wiseman Living Trust<br>Gene and Phyllis M. Wiseman<br>7507 Walton Lane<br>Annandale, VA 22003-2558 |
| Johnnie Ray Keener,<br>Brande Nicole Keener,<br>and David Harmon<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Robert Jackson Holt<br>1611 Smith Bridge Road<br>Chadds Ford, PA 19317-9765 |
| Clyde Fox, Michael Fox,<br>Naomi J. Fox, and Robert W. Fox<br>P. O. Box 646<br>Leslie, WV 25972-0646 | Philip J. Harrah<br>78 Starling Lane<br>Sandstone, WV 25985-9419 |
| Naomi J. and Robert W. Fox<br>386 Clifftop Loop Road<br>Danese, WV 25831-7273 | Anthony D. Richmond<br>329 Rock Hill Drive<br>Alderson, WV 24910-7143 |

| | |
|---|---|
| Silas Steven and Laurel Tucker<br>5354 Forest Brook Drive<br>Milton, FL 32583-6224 | Thomas E. and Rosetta B. Toney<br>and Austin B. Toney<br>48 Sun View Dr.<br>Peterstown, WV 24963-5015 |
| Jeffrey Dewayne Osborne<br>110 Goddard Mountain Road<br>Rainelle, WV 25962-6860 | Connie Harper<br>P.O. Box 2234<br>Beckley, WV 25802-2234 |
| David R. Hughes<br>232 Cedar Ridge Farm Road<br>Greenville, WV 24945-0067 | Melissa A. Leslie<br>304 Miller Ave<br>Hinton, WV 25951 |
| Doreen S. Allen,<br>Fredereck M. Osborne,<br>Jo Lynn Blankenship,<br>Mickey D. Osborne,<br>and Scott S. Osborne<br>377 Dark Hollow Rd<br>Rainelle, WV 25962-9713 | Quinwood Coal Company f/k/a<br>Alex Energy, LLC f/k/a<br>Alex Energy, Inc. f/k/a<br>Green Valley Coal Company, LLC<br>1415 Louisiana Street<br>Suite 2400<br>Houston, TX 77002-7361 |
| The Paulette A. Sears Family Trust<br>222 Navajo Street<br>Tavernier, FL 33070-2119 | Cheryl Bowers<br>PO Box 165<br>Lindside, WV 24951-0165 |
| Mountain Lair, LLC<br>Robert Allen<br>2044 Wilson Mill Road<br>Lindside, WV 24951-4517 | Estate of Dannie Lee Spence<br>Danny Spence, Jr.<br>PO Box 292<br>Peterstown, WV 24963-0292 |
| Heirs of J.H. Harrah<br>P. O. Box 161<br>Meadow Bridge, WV 25976-0161 | |

Dated: December 13, 2017  By: /s/ Nicolle R. Snyder Bagnell