IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, L.L.C., | : | Civil Action No. 2:17-cv-04214 |
| | : | |
| Plaintiff, | : | Judge John T. Copenhaver, Jr. |
| | : | |
| vs. | : | |
| | : | |
| AN EASEMENT TO CONSTRUCT, | : | |
| OPERATE AND MAINTAIN A 42-INCH | : | |
| GAS TRANSMISSION LINE ACROSS | : | |
| PROPERTIES IN THE COUNTIES OF | : | |
| NICHOLAS, GREENBRIER, MONROE, | : | |
| SUMMERS, BRAXTON, HARRISON, | : | |
| LEWIS, WEBSTER, AND WETZEL, WEST | : | |
| VIRGINIA, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**PLAINTIFF MOUNTAIN VALLEY PIPELINE, L.L.C.'S
MOTION TO STRIKE DEFENDANTS' MOTION TO DISMISS [DOC. NO. 78]**

Plaintiff Mountain Valley Pipeline, L.L.C. ("MVP") moves to strike the motion to

dismiss of Defendants Orus Ashby Berkley, Reinhard Bouman, Ashofteh Bouman, Tammy A.

Capaldo, Robert M. Jarrell, Jeffrey Dewayne Osborne, Kiranasa Swami, Ronald Tobey,

Elizabeth Tobey, and Allan Walter Lehr (collectively, "Moving Landowners")[1], Doc. No. 78,

and states the following in support:

1.      MVP filed this Complaint initiating a condemnation proceeding on October 24,

2017.  *See* Doc. No. 1.

---

[1] Defendants Charles F. Chong, Rebecca Ann Eneix-Chong, Gerald Wayne Corder, Randall N. Corder, Hilry
Gordon, William Gregory Lloyd, Brian Van Nostrand, and Helen Montague Van Nostrand also moved to dismiss,
*see* Doc. No. 78, but these landowners have since been dismissed without prejudice from this condemnation action
and are part of a separate condemnation proceeding in the United States District Court for the Northern District of
West Virginia.  *See Mountain Valley Pipeline, LLC v. An Easement to Construct, Operate and Maintain a 42-Inch
Gas Transmission Line Across Properties in the Counties of Braxton, Lewis, Harrison, Webster, and Wetzel, West
Virginia, et al.*, No. 1:17-cv-211-IMK.

2.      On November 17, 2017, MVP and the Moving Landowners entered into a stipulation agreeing that all answers to the Complaint would be filed on December 4, 2017. *See* Doc. No. 32.

3.      On December 4, 2017, the Moving Landowners filed a "Motion to Dismiss And, Subject Thereto, Defendants' Answer, Objections, Affirmative Defenses, Demand for Just Compensation, and State Procedural Protections, and Demand for Jury Trial".  *See* Doc. No. 78.

4.      The Motion to Dismiss seeks dismissal of the Complaint on the basis of lack of subject matter jurisdiction and that the Complaint fails to state a claim upon which relief can be granted.  *See* Doc. No. 78 at 1.

5.      The Motion to Dismiss must be stricken as improper under Federal Rule of Civil Procedure 71.1, which provides that except for an answer, "[n]o other pleading or motion asserting an additional objection or defense is allowed."  *See* Fed. R. Civ. P. 71.1(e)(3).  Further, the substantive arguments raised in support of the Motion to Dismiss lack merit.

WHEREFORE, for the foregoing reasons and those set out more fully in the accompanying Memorandum of Law in Support of its Motion to Strike, MVP requests that the Court grant this motion to strike.

December 18, 2017                                        REED SMITH LLP


                                                         /s/ Nicolle R. Snyder Bagnell
                                                         Nicolle R. Snyder Bagnell
                                                         W.V. I.D. No. 11081
                                                         Reed Smith Centre
                                                         225 Fifth Avenue
                                                         Pittsburgh, PA 15222
                                                         (412) 288-3131
                                                         nbagnell@reedsmith.com

                                                         *Counsel for Plaintiff Mountain Valley Pipeline, L.L.C*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's ECF system on all counsel of record, and by U.S. First Class Mail upon the individuals identified on the attached Service List.

Dated: December 18, 2017                                                    /s/ Nicolle R. Snyder Bagnell

## SERVICE LIST

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon the following via U.S. First Class Mail:

| | |
|---|---|
| Brian and Beth Armstrong<br>312 Ritchie Farm Road<br>Summersville, WV 26651-4521 | Ervin E. Richmond<br>136 Rockhill Dr.<br>Alderson, WV 24910 |
| Bruce A. and Kimberly Roberts<br>PO Box 321<br>Nettie, WV 26681-0321 | Gerald K. Richmond<br>941 Bun Fink Road<br>Alderson, WV 24910 |
| Virginia D. and Connie McClung<br>453 Power Plant Rd<br>Summersville, WV 26651-2031 | Carolyn S. Walls<br>PO Box 82<br>Coal Mountain, WV 24823-0082 |
| Artie Orlena Robinson<br>and David Lane Robinson<br>5907 Ward Road<br>Nettie, WV 26681-4563 | Richard Dean Ward<br>124 Maryville MBL<br>Alcoa, TN 37701 |
| Estate of C. L. Keener<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Ashby A. and Emma Jean Boone<br>and Dorothy Marie Boone Fogle<br>34 Orchard Tree Drive<br>Front Royal, VA 22630-5808 |
| James Keener<br>38692 Adains Road<br>Willoughby, OH 44094 | Caitlyn A. Gragg<br>PO Box 58<br>Alderson, WV 24910-0058 |
| Johnnie Ray Keener,<br>Brande Nicole Keener,<br>and David Harmon<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Wiseman Living Trust<br>Gene and Phyllis M. Wiseman<br>7507 Walton Lane<br>Annandale, VA 22003-2558 |
| Clyde Fox, Michael Fox,<br>Naomi J. Fox, and Robert W. Fox<br>P. O. Box 646<br>Leslie, WV 25972-0646 | Robert Jackson Holt<br>1611 Smith Bridge Road<br>Chadds Ford, PA 19317-9765 |
| Naomi J. and Robert W. Fox<br>386 Clifftop Loop Road<br>Danese, WV 25831-7273 | Philip J. Harrah<br>78 Starling Lane<br>Sandstone, WV 25985-9419 |
| Silas Steven and Laurel Tucker<br>5354 Forest Brook Drive<br>Milton, FL 32583-6224 | Anthony D. Richmond<br>329 Rock Hill Drive<br>Alderson, WV 24910-7143 |

| | |
|---|---|
| David R. Hughes<br>232 Cedar Ridge Farm Road<br>Greenville, WV 24945-0067 | Thomas E. and Rosetta B. Toney<br>and Austin B. Toney<br>48 Sun View Dr.<br>Peterstown, WV 24963-5015 |
| Doreen S. Allen,<br>Fredereck M. Osborne,<br>Jo Lynn Blankenship,<br>Mickey D. Osborne,<br>and Scott S. Osborne<br>377 Dark Hollow Rd<br>Rainelle, WV 25962-9713 | Connie Harper<br>P.O. Box 2234<br>Beckley, WV 25802-2234 |
| The Paulette A. Sears Family Trust<br>222 Navajo Street<br>Tavernier, FL 33070-2119 | Melissa A. Leslie<br>304 Miller Ave<br>Hinton, WV 25951 |
| Heirs of J.H. Harrah<br>P. O. Box 161<br>Meadow Bridge, WV 25976-0161 | Quinwood Coal Company f/k/a<br>Alex Energy, LLC f/k/a<br>Alex Energy, Inc. f/k/a<br>Green Valley Coal Company, LLC<br>1415 Louisiana Street<br>Suite 2400<br>Houston, TX 77002-7361 |
| Estate of Dannie Lee Spence<br>Danny Spence, Jr.<br>PO Box 292<br>Peterstown, WV 24963-0292 | |

Dated: December 18, 2017                                     /s/ Nicolle R. Snyder Bagnell