# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, L.L.C., | : | Civil Action No. 2:17-cv-04214 |
| | : | |
| Plaintiff, | : | Judge John T. Copenhaver, Jr. |
| | : | |
| vs. | : | |
| | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 42-INCH GAS TRANSMISSION LINE ACROSS PROPERTIES IN THE COUNTIES OF NICHOLAS, GREENBRIER, MONROE, SUMMERS, BRAXTON, HARRISON, LEWIS, WEBSTER, AND WETZEL, WEST VIRGINIA, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

## JOINT STIPULATION REGARDING ACCESS TO THE EASEMENTS CONDEMNED FOR SURVEYING ACTIVITIES ONLY

Plaintiff Mountain Valley Pipeline, L.L.C. ("MVP") and Defendant Paco Land, Inc. ("Defendant") stipulate and agree that Defendant will voluntarily provide MVP license to access Defendant's property, Tax Parcel I.D. No. 1-18-69 (the "Property") for the limited purpose of surveying the Property, by January 15, 2018.

MVP and Defendant further stipulate and agree that nothing in this Joint Stipulation will affect Defendant's rights to raise any objection or defense to access for construction or to receive just compensation for the easements condemned.  MVP and Defendant also stipulate that MVP shall provide Defendant with at least 72 hours advance notice of the survey by notifying Defendant's counsel of the survey date.


- 2 -

Dated: December 20, 2017

| | |
|---|---|
| REED SMITH LLP | KAY, CASTO & CHANEY, PLLC |
| /s/ Nicolle R. Snyder Bagnell | /s/ Courtney A. Kirtley |
| Nicolle R. Snyder Bagnell | Courtney A. Kirtley, W.V. I.D. No. 9414 |
| W.V. I.D. No. 11081 | Thomas H. Ewing, W.V. I.D. No. 9655 |
| Reed Smith Centre | 103 Fayette Avenue |
| 225 Fifth Avenue | Fayetteville, WV 25840 |
| Pittsburgh, PA 15222 | 304-574-4703 |
| (412) 288-3131 | ckirtley@kaycasto.com |
| nbagnell@reedsmith.com | tewing@kaycasto.com |
| *Counsel for Plaintiff Mountain Valley Pipeline, L.L.C.* | *Counsel for Defendant Paco Land, Inc.* |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's ECF system on all counsel of record, and by U.S. First Class Mail upon the individuals identified on the attached Service List.

Dated: December 20, 2017                                             /s/ Nicolle R. Snyder Bagnell

## SERVICE LIST

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon the following via U.S. First Class Mail:

| | |
|---|---|
| Brian and Beth Armstrong<br>312 Ritchie Farm Road<br>Summersville, WV 26651-4521 | Caitlyn A. Gragg<br>P.O. Box 58<br>Alderson, WV 24910-0058 |
| Bruce A. and Kimberly Roberts<br>P.O. Box 321<br>Nettie, WV 26681-0321 | Wiseman Living Trust<br>Gene and Phyllis M. Wiseman<br>7507 Walton Lane<br>Annandale, VA 22003-2558 |
| Virginia D. and Connie McClung<br>453 Power Plant Rd<br>Summersville, WV 26651-2031 | Robert Jackson Holt<br>1611 Smith Bridge Road<br>Chadds Ford, PA 19317-9765 |
| Artie Orlena Robinson and David Lane Robinson<br>5907 Ward Road<br>Nettie, WV 26681-4563 | Philip J. Harrah<br>78 Starling Lane<br>Sandstone, WV 25985-9419 |
| Estate of C. L. Keener<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Thomas E. and Rosetta B. Toney<br>and Austin B. Toney<br>48 Sun View Dr.<br>Peterstown, WV 24963-5015 |
| James Keener<br>38692 Adains Road<br>Willoughby, OH 44094 | Melissa A. Leslie<br>304 Miller Ave<br>Hinton, WV 25951 |
| Johnnie Ray Keener, Brande Nicole Keener, and David Harmon<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Quinwood Coal Company f/k/a Alex Energy, LLC f/k/a Alex Energy, Inc. f/k/a Green Valley Coal Company, LLC<br>1415 Louisiana Street, Suite 2400<br>Houston, TX 77002-7361 |
| Silas Steven and Laurel Tucker<br>5354 Forest Brook Drive<br>Milton, FL 32583-6224 | The Paulette A. Sears Family Trust<br>222 Navajo Street<br>Tavernier, FL 33070-2119 |
| David R. Hughes<br>232 Cedar Ridge Farm Road<br>Greenville, WV 24945-0067 | Heirs of J.H. Harrah<br>P. O. Box 161<br>Meadow Bridge, WV 25976-0161 |
| Doreen S. Allen,<br>Fredereck M. Osborne, Jo Lynn Blankenship, Mickey D. Osborne, and Scott S. Osborne<br>377 Dark Hollow Rd<br>Rainelle, WV 25962-9713 | Estate of Dannie Lee Spence<br>Danny Spence, Jr.<br>P.O. Box 292<br>Peterstown, WV 24963-0292 |

Dated: December 20, 2017                                        By:  /s/ Nicolle R. Snyder Bagnell