# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, L.L.C., | : | Civil Action No. 2:17-cv-04214 |
| Plaintiff, | : | Judge John T. Copenhaver, Jr. |
| vs. | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 42-INCH GAS TRANSMISSION LINE ACROSS PROPERTIES IN THE COUNTIES OF NICHOLAS, GREENBRIER, MONROE, SUMMERS, BRAXTON, HARRISON, LEWIS, WEBSTER, AND WETZEL, WEST VIRGINIA, et al. | : | |
| Defendants. | : | |

## PLAINTIFF MOUNTAIN VALLEY PIPELINE, L.L.C.'S
## REPORT REGARDING PRE-CONSTRUCTION ACTIVITIES

At the status conference in this matter held December 14, 2017, this Court requested that plaintiff Mountain Valley Pipeline, L.L.C. ("MVP") submit a report detailing the activities it plans to conduct prior to receipt of a Notice to Proceed from the Federal Energy Regulatory Commission (the "FERC"). In response to that request, MVP submits the attached Declaration of Robert Cooper, Senior Vice President of Engineering and Construction at MVP, attached as **Exhibit 1**.

December 20, 2017

REED SMITH LLP

/s/ Nicolle R. Snyder Bagnell
Nicolle R. Snyder Bagnell
W.V. I.D. No. 11081
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131
nbagnell@reedsmith.com

*Counsel for Plaintiff Mountain Valley Pipeline, L.L.C.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's ECF system on all counsel of record and by U.S. First Class Mail upon the individuals identified on the attached Service List.

Dated: December 20, 2017                                        /s/ Nicolle R. Snyder Bagnell

## SERVICE LIST

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following via U.S. First Class Mail:

| | |
|---|---|
| Brian and Beth Armstrong<br>312 Ritchie Farm Road<br>Summersville, WV 26651-4521 | Caitlyn A. Gragg<br>P.O. Box 58<br>Alderson, WV 24910-0058 |
| Bruce A. and Kimberly Roberts<br>P.O. Box 321<br>Nettie, WV 26681-0321 | Wiseman Living Trust<br>Gene and Phyllis M. Wiseman<br>7507 Walton Lane<br>Annandale, VA 22003-2558 |
| Virginia D. and Connie McClung<br>453 Power Plant Rd<br>Summersville, WV 26651-2031 | Robert Jackson Holt<br>1611 Smith Bridge Road<br>Chadds Ford, PA 19317-9765 |
| Artie Orlena Robinson and David Lane Robinson<br>5907 Ward Road<br>Nettie, WV 26681-4563 | Philip J. Harrah<br>78 Starling Lane<br>Sandstone, WV 25985-9419 |
| Estate of C. L. Keener<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Thomas E. and Rosetta B. Toney<br>and Austin B. Toney<br>48 Sun View Dr.<br>Peterstown, WV 24963-5015 |
| James Keener<br>38692 Adains Road<br>Willoughby, OH 44094 | Melissa A. Leslie<br>304 Miller Ave<br>Hinton, WV 25951 |
| Johnnie Ray Keener, Brande Nicole Keener, and David Harmon<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Quinwood Coal Company f/k/a Alex Energy, LLC f/k/a Alex Energy, Inc. f/k/a Green Valley Coal Company, LLC<br>1415 Louisiana Street, Suite 2400<br>Houston, TX 77002-7361 |
| Silas Steven and Laurel Tucker<br>5354 Forest Brook Drive<br>Milton, FL 32583-6224 | The Paulette A. Sears Family Trust<br>222 Navajo Street<br>Tavernier, FL 33070-2119 |
| David R. Hughes<br>232 Cedar Ridge Farm Road<br>Greenville, WV 24945-0067 | Heirs of J.H. Harrah<br>P. O. Box 161<br>Meadow Bridge, WV 25976-0161 |
| Doreen S. Allen,<br>Fredereck M. Osborne, Jo Lynn Blankenship, Mickey D. Osborne, and Scott S. Osborne<br>377 Dark Hollow Rd<br>Rainelle, WV 25962-9713 | Estate of Dannie Lee Spence<br>Danny Spence, Jr.<br>P.O. Box 292<br>Peterstown, WV 24963-0292 |

Dated: December 20, 2017                                            By:  /s/ Nicolle R. Snyder Bagnell