IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, L.L.C., | : | Civil Action No. 2:17-cv-04214 |
| | : | |
| Plaintiff, | : | Judge John T. Copenhaver, Jr. |
| | : | |
| vs. | : | |
| | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 42-INCH GAS TRANSMISSION LINE ACROSS PROPERTIES IN THE COUNTIES OF NICHOLAS, GREENBRIER, MONROE, SUMMERS, BRAXTON, HARRISON, LEWIS, WEBSTER, AND WETZEL, WEST VIRGINIA, et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

**PLAINTIFF MOUNTAIN VALLEY PIPELINE, LLC'S MOTION TO
AMEND CASE CAPTION**

Plaintiff Mountain Valley Pipeline, LLC ("MVP") moves to amend the case caption in this matter to remove any dismissed landowners and reference to "Braxton, Harrison, Lewis, Webster, and Wetzel", and in support states as follows:

1.   MVP filed its Complaint in this action on October 24, 2017, to condemn property interests in the counties of Nicholas, Greenbrier, Monroe, Summers, Braxton, Harrison, Lewis, Webster, and Wetzel, West Virginia. *See* Doc. No. 1.

2.   Since filing its Complaint, MVP has filed five Notices of Voluntary Dismissals, dismissing landowners from the condemnation that have reached agreements with MVP as to just compensation. *See* Doc. Nos. 10, 23, 41, 48, and 89.

3.   Additionally, MVP voluntarily dismissed its condemnation action in this district against properties located in the counties of Braxton, Harrison, Lewis, Webster, and Wetzel,

West Virginia, without prejudice.  *See* Doc. No. 89.  A list of landowners dismissed from this action to date is attached as **Exhibit A**.

4. On December 8, 2017, MVP filed a condemnation complaint against the remaining properties to be condemned in the counties of Braxton, Harrison, Lewis, Webster, and Wetzel, West Virginia in the United States District Court for the Northern District of West Virginia, styled as *Mountain Valley Pipeline, L.L.C. v.  An Easement to Construct, Operate and Maintain a 42-Inch Gas Transmission Line Across Properties in the Counties of Braxton, Lewis Harrison, Webster, and Wetzel, West Virginia, et al.*, Docket No. 1:17-cv-00211-IMK.

5. Because no properties in the counties of Braxton, Harrison, Lewis, Webster, and Wetzel, West Virginia remain in this action, and because the landowners identified in **Exhibit A** have been dismissed from this action, MVP moves to amend the caption so that the case caption is styled in the form attached to this Motion as **Exhibit B**.

WHEREFORE, MVP moves to amend the caption to remove any dismissed landowners and the reference to the counties of Braxton, Harrison, Lewis, Webster, and Wetzel from the case caption.

December 22, 2017

        REED SMITH LLP

        /s/ Nicolle R. Snyder Bagnell
        Nicolle R. Snyder Bagnell
        W.V. I.D. No. 11081
        Reed Smith Centre
        225 Fifth Avenue
        Pittsburgh, PA 15222
        (412) 288-3131
        nbagnell@reedsmith.com

        *Counsel for Plaintiff Mountain Valley Pipeline, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's ECF system on all counsel of record, and by U.S. First Class Mail upon the individuals identified on the attached Service List.

Dated: December 22, 2017                                                                /s/ Nicolle R. Snyder Bagnell

## SERVICE LIST

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon the following via U.S. First Class Mail:

| | |
|---|---|
| Brian and Beth Armstrong<br>312 Ritchie Farm Road<br>Summersville, WV 26651-4521 | Caitlyn A. Gragg<br>P.O. Box 58<br>Alderson, WV 24910-0058 |
| Bruce A. and Kimberly Roberts<br>P.O. Box 321<br>Nettie, WV 26681-0321 | Wiseman Living Trust<br>Gene and Phyllis M. Wiseman<br>7507 Walton Lane<br>Annandale, VA 22003-2558 |
| Virginia D. and Connie McClung<br>453 Power Plant Rd<br>Summersville, WV 26651-2031 | Robert Jackson Holt<br>1611 Smith Bridge Road<br>Chadds Ford, PA 19317-9765 |
| Artie Orlena Robinson and David Lane Robinson<br>5907 Ward Road<br>Nettie, WV 26681-4563 | Philip J. Harrah<br>78 Starling Lane<br>Sandstone, WV 25985-9419 |
| Estate of C. L. Keener<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Thomas E. and Rosetta B. Toney<br>and Austin B. Toney<br>48 Sun View Dr.<br>Peterstown, WV 24963-5015 |
| James Keener<br>38692 Adains Road<br>Willoughby, OH 44094 | Melissa A. Leslie<br>304 Miller Ave<br>Hinton, WV 25951 |
| Johnnie Ray Keener, Brande Nicole Keener, and David Harmon<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Quinwood Coal Company f/k/a Alex Energy, LLC f/k/a Alex Energy, Inc. f/k/a Green Valley Coal Company, LLC<br>1415 Louisiana Street, Suite 2400<br>Houston, TX 77002-7361 |
| Silas Steven and Laurel Tucker<br>5354 Forest Brook Drive<br>Milton, FL 32583-6224 | The Paulette A. Sears Family Trust<br>222 Navajo Street<br>Tavernier, FL 33070-2119 |
| David R. Hughes<br>232 Cedar Ridge Farm Road<br>Greenville, WV 24945-0067 | Heirs of J.H. Harrah<br>P. O. Box 161<br>Meadow Bridge, WV 25976-0161 |
| Doreen S. Allen,<br>Fredereck M. Osborne, Jo Lynn Blankenship, Mickey D. Osborne, and Scott S. Osborne<br>377 Dark Hollow Rd<br>Rainelle, WV 25962-9713 | Estate of Dannie Lee Spence<br>Danny Spence, Jr.<br>P.O. Box 292<br>Peterstown, WV 24963-0292 |

Dated: December 22, 2017                                By:  /s/ Nicolle R. Snyder Bagnell