IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| MOUNTAIN VALLEY PIPELINE, L.L.C., | : | Civil Action No. 2:17-cv-04214 |
| | : | |
| Plaintiff, | : | Judge John T. Copenhaver, Jr. |
| | : | |
| vs. | : | |
| | : | |
| AN EASEMENT TO CONSTRUCT, OPERATE AND MAINTAIN A 42-INCH GAS TRANSMISSION LINE ACROSS PROPERTIES IN THE COUNTIES OF NICHOLAS, GREENBRIER, MONROE, SUMMERS, BRAXTON, HARRISON, LEWIS, WEBSTER, AND WETZEL, WEST VIRGINIA, et al. | : | |
| | : | |
| Defendants. | : | |

**JOINT STIPULATION REGARDING ACCESS TO THE EASEMENTS
CONDEMNED FOR SURVEYING ACTIVITIES ONLY**

Plaintiff Mountain Valley Pipeline, LLC ("MVP") and Defendant Mountain Lair, LLC ("Mountain Lair") stipulate and agree that Mountain Lair will provide MVP license to access its property, Parcel ID No. 03-30-38 (the "Property") for the limited purpose of surveying.

MVP and Mountain Lair further stipulate and agree that nothing in this Joint Stipulation will affect Mountain Lair's rights to raise any objection or defense to access for construction or to receive just compensation for the easements condemned.

Case 2:17-cv-04214   Document 134   Filed 12/22/17   Page 2 of 4 PageID #: 2305

- 2 -

December 22, 2017

| REED SMITH LLP | FLAHERTY SENSABAUGH BONASSO PLLC |
|---|---|
| /s/ Nicolle R. Snyder Bagnell | /s/ Michael Bonasso |
| Nicolle R. Snyder Bagnell | Michael Bonasso |
| W.V. I.D. No. 11081 | W.V. I.D. No. 394 |
| Reed Smith Centre | Mitchell B. Tuggle |
| 225 Fifth Avenue | W.V. I.D. No. 12577 |
| Pittsburgh, PA 15222 | P.O. Box 3843 |
| (412) 288-3131 | Charleston, West Virginia 25338-3843 |
| nbagnell@reedsmith.com | (304) 345-0200 |
| | mbonasso@flahertlegal.com |
| *Counsel for Plaintiff Mountain Valley Pipeline, LLC* | mtuggle@flahertylegal.com |

WALDO & LYLE, P.C.

/s/ Stephen J. Clarke
Stephen J. Clarke
VA Bar No. 72835
301 West Freemason Street
Norfolk, VA 23510
(757) 622-5812
sjc@waldoandlyle.com

*Counsel for Mountain Lair, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been served via the Court's ECF system on all counsel of record, and by U.S. First Class Mail upon the individuals identified on the attached Service List.

Dated: December 22, 2017                                             /s/ Nicolle R. Snyder Bagnell

## SERVICE LIST

The undersigned hereby certifies that a true and correct copy of the foregoing has been served upon the following via U.S. First Class Mail:

| | |
|---|---|
| Brian and Beth Armstrong<br>312 Ritchie Farm Road<br>Summersville, WV 26651-4521 | Caitlyn A. Gragg<br>P.O. Box 58<br>Alderson, WV 24910-0058 |
| Bruce A. and Kimberly Roberts<br>P.O. Box 321<br>Nettie, WV 26681-0321 | Wiseman Living Trust<br>Gene and Phyllis M. Wiseman<br>7507 Walton Lane<br>Annandale, VA 22003-2558 |
| Virginia D. and Connie McClung<br>453 Power Plant Rd<br>Summersville, WV 26651-2031 | Robert Jackson Holt<br>1611 Smith Bridge Road<br>Chadds Ford, PA 19317-9765 |
| Artie Orlena Robinson and David Lane Robinson<br>5907 Ward Road<br>Nettie, WV 26681-4563 | Philip J. Harrah<br>78 Starling Lane<br>Sandstone, WV 25985-9419 |
| Estate of C. L. Keener<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Thomas E. and Rosetta B. Toney<br>and Austin B. Toney<br>48 Sun View Dr.<br>Peterstown, WV 24963-5015 |
| James Keener<br>38692 Adains Road<br>Willoughby, OH 44094 | Melissa A. Leslie<br>304 Miller Ave<br>Hinton, WV 25951 |
| Johnnie Ray Keener, Brande Nicole Keener, and David Harmon<br>118 Dawson Road<br>Meadow Bridge, WV 25976-9424 | Quinwood Coal Company f/k/a Alex Energy, LLC f/k/a Alex Energy, Inc. f/k/a Green Valley Coal Company, LLC<br>1415 Louisiana Street, Suite 2400<br>Houston, TX 77002-7361 |
| Silas Steven and Laurel Tucker<br>5354 Forest Brook Drive<br>Milton, FL 32583-6224 | The Paulette A. Sears Family Trust<br>222 Navajo Street<br>Tavernier, FL 33070-2119 |
| David R. Hughes<br>232 Cedar Ridge Farm Road<br>Greenville, WV 24945-0067 | Heirs of J.H. Harrah<br>P. O. Box 161<br>Meadow Bridge, WV 25976-0161 |
| Doreen S. Allen,<br>Fredereck M. Osborne, Jo Lynn Blankenship, Mickey D. Osborne, and Scott S. Osborne<br>377 Dark Hollow Rd<br>Rainelle, WV 25962-9713 | Estate of Dannie Lee Spence<br>Danny Spence, Jr.<br>P.O. Box 292<br>Peterstown, WV 24963-0292 |

Dated: December 22, 2017                             By: /s/ Nicolle R. Snyder Bagnell