# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 2/2/2018                                                                 Case Number 2:17-cv-04214
Case Style: Mountain Valley Pipeline, LLC vs. An Easement to Construct, Operate and Maintain a 4
Type of hearing Prehearing Conference
Before the honorable: 2508-Copenhaver
Court Reporter Catherine Schutte-Stant                                         Courtroom Deputy
Attorney(s) for the Plaintiff or Government Nicolle Bagnell,Stephen Hastings


Attorney(s) for the Defendant(s) Stephen Clarke,Isak Howell,Courtney Kirtley,George Patterson,Howard Persinger,C. Stevens,Wayne Stonestreet,Derek Teaney,Mitchell Tuggle

Law Clerk Carl Shaffer                                                         Probation Officer

## Trial Time


## Non-Trial Time

Other non-evidentiary hearing. Type: Prehearing Conference


## Court Time

11:45 AM   to 1:03 PM
Total Court Time: 1 Hours 18 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

The parties convened for a prehearing conference.